1

2

3                                    UNITED STATES DISTRICT COURT

4                                 SOUTHERN DISTRICT OF CALIFORNIA

5    DANNY MARROU,                         )        Case No. 08cv1119 BTM (RBB)
                                           )
6                   Plaintiff,             )
                                           )
7          v.                              )        ORDER GRANTING JOINT MOTION TO
                                           )        EXTEND TIME TO FILE RESPONSIVE
8    MICHAEL B. MUKASEY, Attorney)                  PLEADING
     General of the United States; MICHAEL)
9    CHERTOFF, Secretary of the Department)
     of Homeland Security; EMILIO T.)
10   GONZALEZ, Director of the United States)       [Docket No. 4]
     Citizenship and Immigration Services)
11   (USCIS); ALFONSO AGUILAR, Chief of)
     Citizenship USCIS; PAUL M. PIERRE,)
12   San Diego District Director USCIS; and)
     ROBERT S. MUELLER III, Director of the)
13   Federal Bureau of Investigation,      )
                                           )
14                  Defendants.            )
     _____)
15

16          Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading (Docket

17   No. 4) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time

18   and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file

19   their answer or responsive pleading in the above captioned matter is extended until September 24, 2008.

20          **IT IS SO ORDERED.**

21   DATED:  August 26, 2008

22                                                          *Barry Ted Moskowitz*

23                                                 Honorable Barry Ted Moskowitz
                                                   United States District Judge
24

25

26

27

28